UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
STEVEN FERDMAN,

                Plaintiff,

        -against-              Index No. 17-cv-1317 (PGG)

CBS INTERACTIVE INC.,         **ANSWER TO COMPLAINT**

                Defendant.

                                         ECF Case

------------------------------------- x

Defendant CBS Interactive Inc. ("CBS"), for and as its Answer to the Complaint filed by Plaintiff (Doc. No. 1), answers and alleges as follows:

### Nature of the Action

1.     Defendant admits that this purports to be an action for copyright infringement under Section 501 of the Copyright Act and that Plaintiff seeks monetary relief, but denies that Plaintiff is entitled to any such relief. Defendant lacks knowledge or information sufficient to form a belief as to whether Plaintiff is a New York City based photojournalist, and denies the remaining allegations of this paragraph.

### Jurisdiction and Venue

2.     This paragraph asserts a legal conclusion to which no answer is required. To the extent an answer may be required, Defendant does not contest the jurisdiction of this Court.

3.     Defendant admits that it resides in or is doing business in New York. The remaining allegations of this paragraph assert a legal conclusion as to which no answer is required. To the extent an answer is required, Defendant does not contest that this Court has personal jurisdiction.

4.      This paragraph asserts a legal conclusion to which no answer is required. To the extent an answer may be required, Defendant does not contest the venue of this Court.

## Parties

5.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

6.      Defendant admits that it is a Delaware corporation with a place of business at 28 East 28th Street, New York, New York, and that it owns and operates a website accessible at the URL www.gamespot.com.

## Statement of Facts

**A.     Background and Plaintiff s Ownership of the Photographs**

7.      Defendant denies that Exhibit A to the Complaint contains a copy of a photograph and respectfully refers to this Exhibit for the contents thereof. Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph.

8.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

9.      Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

**B.     Defendant's Activities**

10.     Defendant admits that, on or about September 29, 2016, it ran an article entitled *Latest Spider-Man: Homecoming Images Showcase Action on New York Streets* that was accessible at the URL https://www.gamespot.com/articles/latest-spider-man-homecoming-images-case/, and on or about September 27, 2016 it ran an article entitled New Spider-Man: Homecoming Photo Shows Tom Holland

Suited Up that was accessible at the URL https://www.gamespot.com/articles/new-spider-man-homecoming-photo-shows-tom-holland-/1100-6443967/.  Defendant further admits that there is an Exhibit B to the Complaint, denies that Exhibit B contains true and correct copies of the articles and respectfully refers to this Exhibit for the contents thereof, and denies the remaining allegations of this paragraph.

11. Defendant admits the allegations of this paragraph.

12. Defendant admits that it did not directly license the Photographs from Plaintiff for its articles nor did Plaintiff directly provide permission or consent to publish the Photographs on Defendant's website.

**Claim for Relief**

13. Defendant repeats and re-alleges its responses to each and every allegation contained the paragraphs set forth above.

14. Defendant denies the allegations of this paragraph.

15. Defendant denies the allegations of this paragraph.

16. Defendant denies the allegations of this paragraph.

17. Defendant denies the allegations of this paragraph.

18. Defendant denies the allegations of this paragraph.

19. Defendant denies the allegations of this paragraph.

20. Defendant denies the allegations of this paragraph.

## GENERAL DENIAL

Each numbered paragraph in this Answer responds to the identically numbered paragraph in the Amended Complaint. Defendant denies all allegations, declarations, claims or assertions in the Amended Complaint that are not specifically admitted in this Answer.

## DEFENSES

By alleging the separate and additional defenses set forth below, Defendant is not in any way agreeing or conceding that it has the burden of proof or the burden of persuasion on any of these issues.

## FIRST DEFENSE

1. The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

2. On information and belief, Plaintiff's claim is barred in whole or in part to the extent any copyright registration asserted by Plaintiff as covering the photographs in suit is invalid and/or unenforceable.

## THIRD DEFENSE

3. Plaintiff's claims are barred in whole or in part by the doctrine of fair use.

## FOURTH DEFENSE

4. Plaintiff's claims are barred in whole or in part by an express or implied license.

## FIFTH DEFENSE

5. To the extent the Court finds any infringement or other wrongful conduct by Defendant, Defendant is entitled to a reduction of damages based on its innocent intent, including reductions in any statutory damages if so elected by Plaintiff.

**SIXTH DEFENSE**

6. Plaintiff's request for injunctive relief is barred by the lack of any irreparable harm from the purported conduct by Defendant.

**SEVENTH DEFENSE**

7. Plaintiff's losses, if any, are limited to actual damages.

**EIGHTH DEFENSE**

8. Plaintiff's request for injunctive relief is barred because Plaintiff has an adequate remedy at law.

**ADDITIONAL DEFENSES**

Defendant hereby gives notice that, due to its incomplete knowledge as to the matters set forth in the Complaint, it is unable to determine whether it has additional defenses not expressly enumerated in the preceding paragraphs or elsewhere in this Answer. Defendant thus reserves its right to amend its Answer to assert additional defenses and to rely upon those additional defenses to the extent they become available or apparent during discovery or further proceedings in this action.

**JURY DEMAND**

Defendant demands a trial by jury of all issues triable by jury.

WHEREFORE, Defendant respectfully requests that:

    a. Plaintiff's Complaint be dismissed in its entirety;

    b. Defendant be awarded its costs, including reasonable attorneys' fees; and

    c. Such other relief as the Court deems just and proper.

Dated: April 17, 2017  
       New York, NY

Respectfully submitted,

**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

By: _____  
    Robert Penchina  
321 W. 44th Street, Suite 1000  
New York, NY 10036  
Tel: (212) 850-6109  
Fax: (212) 850-6299  
rpenchina@lskslaw.com  
*Attorneys for Defendant CBS Interactive Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2017, I caused a true copy of the **ANSWER TO COMPLAINT** to be served via ECF upon all counsel of record.

By: _____
Robert Penchina