August 9, 2017

**VIA ECF AND FAX**

Honorable Paul G. Gardephe
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Ferdman v. CBS Interactive, Inc. (1:17-cv-1317-PGG)*

Dear Judge Gardpehe,

We represent Plaintiff Steve Ferdman in the above case. We respectfully request an adjournment of tomorrow's pre-trial conference as the parties are still performing depositions, the final ones are scheduled to take place next week. The Defendant consents to this adjournment.

The Courts consideration is much appreciated.

                                          Respectfully Submitted,

                                          /s/Richard Liebowitz
                                          Liebowitz Law Firm, PLLC
                                          11 Sunrise Plaza, Suite 305
                                          Valley Stream, New York 11580
                                          Tele: 516-233-1660
                                          RL@LiebowitzLawFirm.com

                                          *Attorneys for Steven Ferdman*