|  |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/9/17 |

August 9, 2017

**VIA ECF AND FAX**

Honorable Paul G. Gardephe
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Ferdman v. CBS Interactive, Inc. (1:17-cv-1317-PGG)*

Dear Judge Gardpehe,

We represent Plaintiff Steve Ferdman in the above case. We respectfully request an adjournment of tomorrow's pre-trial conference as the parties are still performing depositions, the final ones are scheduled to take place next week. The Defendant consents to this adjournment.

The Courts consideration is much appreciated.

Respectfully Submitted,

/s/Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Steven Ferdman*

**MEMO ENDORSED**

The Application is granted. The Conference is adjourned to Sept. 7, 2017 at 11:45 A.M.

SO ORDERED:

*Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: August 9, 2017