```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN FERDMAN,

        Plaintiff,

- against –

CBS INTERACTIVE INC.

        Defendant.

**ORDER**

17 Civ. 1317 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following briefing schedule will apply to the parties' cross motions for summary judgment:

1. The parties' opening briefs are due on **October 6, 2017**;

2. The parties' oppositions are due on **October 20, 2017**; and

3. 3. The parties' replies, if any, are due on **October 27, 2017**.

Dated: New York, New York
       September 13, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge