UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN FERDMAN,<br><br>                Plaintiff,<br><br>- against –<br><br>CBS INTERACTIVE INC.,<br><br>                Defendant. | 1:17-cv-01317 (PGG)<br><br>ECF Case<br><br>**DECLARATION OF STEVEN FERDMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**STEVEN FERDMAN**, under the penalty of perjury, declares:

**I.**      **MY PHOTOGRAPHS OF TOM HOLLAND**

**A.**      **Professional Background**

1.      I am a professional celebrity photographer in the business of licensing my photographs to publishers for a fee.

2.      My photographs have appeared in the *Vogue, Variety* and many other publications including *Refinery29.*

**B.**      **The Subject Photographs**

3.      In September 2016, I photographed actor Tom Holland on the set of his blockbuster movie *Spider-man: Homecoming* (the "Subject Photographs").  A true and correct copy of the Subject Photographs are attached to the Complaint as Exhibit A.

4.      In creating the Subject Photographs, I exercised a personal choice in the: (a) selection of the subjects; (b) arrangement of the position of the subjects against a

particular background; (c) selection of lighting and angle; (d) selection of professional camera equipment; and (e) determination of the precise time when the photograph was taken.

5.     At the time I created the Subject Photographs, there was a lot of anticipation and buzz surrounding the taping of the new Spider-man movie.

**C.     Licensing and Initial Publication of the Subject Photograph**

6.     Around September 26, 2016 through September 28, I uploaded the Subject Photographs to Rex by Shutterstock for licensing. My name is listed as the photographer under each Subject Photograph. *See* Exhibit A.

**D.    Copyright Registration of the Subject Photographs**

7.     I am in possession of a certificate of registration from the U.S. Copyright Office, bearing registration number VA 2-022-430, with effective registration date of November 7, 2016 (the "Certificate"). A true and correct copy of the Certificate is attached hereto as Exhibit B.

8.     The website maintained by the U.S. Copyright Office contains a public record of the Certificate. A true and correct copy of the public record of the Certificate, as made available on the Copyright Office's website, is attached hereto as Exhibit C.

9.     I caused a copy of the Subject Photographs to be deposited with the U.S. Copyright Office as part of my application bearing service request #1-4140650661, dated November 7, 2016. A true and correct copy of the copyright application, annexing a copy of the Subject Photographs that was deposited along with the application, is attached hereto as Exhibit D.

2

10.     I registered the Subject Photographs within 3 months of first publication.

11.     I obtained the Certificate within five years after first publication of the Subject Photograph.

## II.    <u>DEFENDANT'S UNAUTHORIZED USE OF THE SUBJECT PHOTOGRAPHS</u>

### A.    <u>Defendant CBS Interactive Inc. ("CBS")</u>

12.     It is my understanding that the website www.gamespot.com publishes content for the video game and entertainment enthusiast.

13.     On September 27, 2016, the Subject Photographs, or reproductions thereof, appeared on http://www.gamespot.com/articles/new-spider-man-homecoming-photo-shows-tom-holland-/1100-6443967/.  CBS prominently featured some of the Subject Photographs in an article entitled *New Spider-Man: Homecoming Photo Shows Tom Holland Suited Up*.  A true and correct copy of a screen shot of the article is attached to the Complaint as Exhibit B.

14.     On September 29, 2016, CBS ran another article prominently featuring the Subject Photographs on its website.   The article was entitled *Latest Spider-Man: Homecoming Images Showcase Action on New York's Streets*. See http://www.gamespot.com/articles/latest-spider-man-homecoming-images-showcase-actio/1100-6444035/.  *See* Complaint & Exhibit B.

15.     CBS's use of the Subject Photographs, or reproduction thereof, at does not credit my name as the photographer of the Subject Photographs.

16.     Commercial advertisements and sponsored links appear on webpages containing the articles that feature the Subject Photographs.  *See* Complaint & Exhibit B.

17.    CBS did not have my authorization or consent to publish the Subject Photographs.


Dated: New York, New York

Executed this 3rd Day of October, 2017


_____
**STEVEN FERDMAN**