# EXHIBIT A 2



# 'Spider-Man: Homecoming' on set filming, New York, USA - 27 Sep 2016



**Set**
6028065

**Image**
6028065al

**Photographer**
Steven Ferdman/REX/Shutterstock

Tom Holland

27 Sep 2016

## Categories
Actor, Alone, Male, Personality

## Keywords
ON FILM SET FILMING BEHIND THE SCENES

## Featured in
'spider-man: homecoming' on set filming, new york

## File size
3577 x 2381, 24.4MB 30.3 x 20.2 cm @300ppi



'Spider-Man: Homecoming' on set filming, New York, USA - 27 Sep 2016



**Set**
6028065

**Image**
6028065aq

**Photographer**
Steven Ferdman/REX/Shutterstock

Tom Holland

27 Sep 2016

**Categories**
Actor, Male, With Others, Personality

**Keywords**
ON FILM SET FILMING BEHIND THE SCENES

**Featured in**
'spider-man: homecoming' on set filming, new york

**File size**
2260 x 3396, 22.0MB 19.1 x 28.8 cm @300ppi

REX by shutterstock

'Spider-Man: Homecoming' on set filming, New York, USA - 27 Sep 2016



**Set**
6028065

**Image**
6028065ap

**Photographer**
Steven Ferdman/REX/Shutterstock

Tom Holland

27 Sep 2016

## Categories
Actor, Male, With Others, Personality

## Keywords
ON FILM SET FILMING BEHIND THE SCENES

## Featured in
'spider-man: homecoming' on set filming, new york
## File size
2940 x 4417, 37.2MB 24.9 x 37.4 cm @300ppi



# 'Spider-Man: Homecoming' on set filming, New York, USA - 26 Sep 2016



| Set | Image | Photographer |
|-----|-------|--------------|
| 6023475 | 6023475e | Steven Ferdman/REX/Shutterstock |

Tom Holland

26 Sep 2016

## Categories
Actor, Alone, Male, Personality

## Keywords
LOCATION SHOOTING FILM IN COSTUME

## Featured in
'spider-man: homecoming' on set filming, new york
## File size
2063 x 3100, 18.3MB 17.5 x 26.2 cm @300ppi