# EXHIBIT D 1

**Registration #:** VA0002022430
**Service Request #:** 1-4140650661

Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580 United States

Registration #:   *-APPLICATION-*
Service Request #:   1-4140650661

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580 United States

    **Priority:** Routine      **Application Date:** November 07, 2016

## Correspondent

    **Name:** Richard Liebowitz
    **Email:** rl@liebowitzlawfirm.com
**Telephone:** (516)233-1660
  **Address:** 11 Sunrise Plaza, Suite 305
           Valley Stream, NY 11580 United States

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Group Registration of Published Photographs; Spiderman; All published 9/24/2016-9/30/2016; 307 Photographs

**Content Title:** DSC_7778.jpg
DSC_7779.jpg
DSC_7785.jpg
DSC_7786.jpg
DSC_7787.jpg
DSC_7788.jpg
DSC_7789.jpg
DSC_7799.jpg
DSC_7800.jpg
DSC_7807.jpg
DSC_7808.jpg
DSC_7809.jpg
DSC_7815.jpg
DSC_7828.jpg
DSC_7835.jpg
DSC_7836.jpg
DSC_7842.jpg
DSC_7843.jpg
DSC_7844.jpg
DSC_7845.jpg
DSC_7846.jpg
DSC_7847.jpg
DSC_7848.jpg
DSC_7849.jpg
DSC_7850.jpg
DSC_7851.jpg
DSC_7852.jpg
DSC_7853.jpg
DSC_7854.jpg
DSC_7855.jpg
DSC_7856.jpg
DSC_7857.jpg
DSC_7858.jpg
DSC_7859.jpg
DSC_7876.jpg
DSC_7878.jpg
DSC_7880.jpg
DSC_7881.jpg
DSC_7882.jpg
DSC_7883.jpg

DSC_7886.jpg
DSC_7897.jpg
DSC_7900.jpg
DSC_7910.jpg
DSC_7911.jpg
DSC_7912.jpg
DSC_7913.jpg, 9/24/2016

DSC_3559.jpg
DSC_3563.jpg
DSC_3564.jpg
DSC_3565.jpg
DSC_3573.jpg
DSC_3603.jpg
DSC_3614.jpg
DSC_3615.jpg
DSC_3617.jpg
DSC_3671.jpg
DSC_3708.jpg
DSC_3709.jpg
DSC_3714.jpg
DSC_3726.jpg
DSC_3739.jpg
DSC_3745.jpg
DSC_3750.jpg
DSC_3767.jpg
DSC_3793.jpg
DSC_3815.jpg
DSC_3826.jpg
DSC_3833.jpg
DSC_3856.jpg
DSC_3859.jpg
DSC_3909.jpg
DSC_3916.jpg
DSC_3917.jpg
DSC_3985.jpg
DSC_4095.jpg
DSC_4103.jpg
DSC_4111.jpg
DSC_4121.jpg
DSC_4135.jpg
DSC_4139.jpg
DSC_4158.jpg
DSC_4161.jpg
DSC_4163.jpg
DSC_4180.jpg
DSC_4224.jpg
DSC_4234.jpg
DSC_4248.jpg
DSC_4311.jpg
DSC_4327.jpg
DSC_4343.jpg
DSC_4346.jpg
DSC_8297.jpg
DSC_8341.jpg
DSC_8361.jpg
DSC_8365.jpg
DSC_8436.jpg

DSC_8461.jpg
DSC_8495.jpg
DSC_8509.jpg
DSC_8514.jpg
DSC_8530.jpg
DSC_8533.jpg
DSC_8538.jpg
DSC_8539.jpg
DSC_8541.jpg
DSC_8542.jpg
DSC_8543.jpg
DSC_8591.jpg
DSC_8593.jpg
DSC_8595.jpg
DSC_8605.jpg
DSC_8622.jpg
DSC_8643.jpg
DSC_8664.jpg
DSC_8686.jpg
DSC_8706.jpg
DSC_8800.jpg
DSC_8803.jpg
DSC_8818.jpg
DSC_8835.jpg
DSC_8893.jpg
DSC_8951.jpg
DSC_8960.jpg
DSC_8987.jpg
DSC_9006.jpg
DSC_9010.jpg
DSC_9044.jpg
DSC_9045.jpg
DSC_9087.jpg
DSC_9181.jpg
DSC_9199.jpg
DSC_9208.jpg
DSC_9223.jpg
DSC_9261.jpg
DSC_9272.jpg
DSC_9274.jpg
DSC_9277-Edit.jpg
DSC_9277.jpg
DSC_9290.jpg
DSC_9316.jpg
DSC_9334.jpg
DSC_9335.jpg, 9/26/2016

DSC_0017.jpg
DSC_0049.jpg
DSC_0058.jpg
DSC_0066.jpg
DSC_0068.jpg
DSC_0073.jpg
DSC_0090.jpg
DSC_0117.jpg
DSC_0129.jpg
DSC_0134.jpg
DSC_0162.jpg

DSC_0181.jpg
DSC_0184.jpg
DSC_0188.jpg
DSC_0197.jpg
DSC_0244.jpg
DSC_0249.jpg
DSC_0281.jpg
DSC_0289.jpg
DSC_0297.jpg
DSC_0302.jpg
DSC_0303.jpg
DSC_0318.jpg
DSC_0320.jpg
DSC_0324.jpg
DSC_0330.jpg
DSC_0331.jpg
DSC_0333.jpg
DSC_0338.jpg
DSC_0357.jpg
DSC_0373.jpg
DSC_0411.jpg
DSC_0412.jpg
DSC_0416.jpg
DSC_0423.jpg
DSC_0424.jpg
DSC_0434.jpg
DSC_0435.jpg
DSC_0450.jpg
DSC_0454.jpg
DSC_0465.jpg
DSC_0469.jpg
DSC_0475.jpg
DSC_0483.jpg
DSC_0485.jpg
DSC_0487.jpg
DSC_0515.jpg
DSC_0519.jpg
DSC_0522.jpg
DSC_0547.jpg
DSC_0553.jpg
DSC_0556.jpg
DSC_0557.jpg
DSC_0560.jpg
DSC_0562.jpg
DSC_0567.jpg
DSC_0570.jpg
DSC_0573.jpg
DSC_0574.jpg
DSC_0580.jpg
DSC_0591.jpg
DSC_0603.jpg
DSC_0628.jpg
DSC_0640.jpg
DSC_0663.jpg
DSC_0665.jpg
DSC_0672.jpg
DSC_0678.jpg
DSC_0688.jpg

DSC_0691.jpg
DSC_0700.jpg
DSC_9396.jpg
DSC_9432.jpg
DSC_9447.jpg
DSC_9480.jpg
DSC_9539.jpg
DSC_9546.jpg
DSC_9555.jpg
DSC_9572.jpg
DSC_9590.jpg
DSC_9591.jpg
DSC_9606.jpg
DSC_9616.jpg
DSC_9619.jpg
DSC_9627.jpg
DSC_9652.jpg
DSC_9658.jpg
DSC_9709.jpg
DSC_9745.jpg
DSC_9768.jpg
DSC_9782.jpg
DSC_9795.jpg
DSC_9836.jpg
DSC_9838.jpg
DSC_9854.jpg
DSC_9859.jpg
DSC_9862.jpg
DSC_9897.jpg
DSC_9910.jpg
DSC_9915.jpg
DSC_9934.jpg
DSC_9953.jpg
DSC_9968.jpg
DSC_9976.jpg
DSC_9981.jpg, 9/27/2016

DSC_2597.jpg
DSC_2609.jpg
DSC_2622.jpg
DSC_2649.jpg
DSC_2657.jpg
DSC_2732.jpg
DSC_2735.jpg
DSC_2737.jpg
DSC_2738.jpg
DSC_2740.jpg
DSC_2747.jpg
DSC_2750.jpg
DSC_2760.jpg
DSC_2761.jpg
DSC_2767.jpg
DSC_2782.jpg
DSC_2793.jpg
DSC_2799.jpg
DSC_2811.jpg
DSC_2821.jpg
DSC_2871.jpg

DSC_2874.jpg
DSC_2887.jpg
DSC_2894.jpg
DSC_2901.jpg
DSC_2913.jpg
DSC_2925.jpg
DSC_2949.jpg
DSC_2964.jpg
DSC_2967.jpg
DSC_2989.jpg
DSC_2994.jpg
DSC_3032.jpg
DSC_3050.jpg
DSC_3073.jpg
DSC_3083.jpg
DSC_3089.jpg
DSC_3130.jpg
DSC_3141.jpg
DSC_3144.jpg
DSC_3160.jpg
DSC_3169.jpg
DSC_3173.jpg
DSC_3182.jpg
DSC_3188.jpg
DSC_3198.jpg
DSC_3211.jpg
DSC_3269.jpg
DSC_3271.jpg
DSC_3297.jpg
DSC_3315.jpg
DSC_3317.jpg
DSC_3320.jpg
DSC_3326.jpg
DSC_3375.jpg
DSC_3377.jpg
DSC_3386.jpg
DSC_3396.jpg
DSC_3399.jpg, 9/30/2016

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 24, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Steven Ferdman
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Steven Ferdman
201 West 72 Street, Apt. 18E, New York, NY, 10023, United States

## Certification

**Name:** Richard Liebowitz
**Date:** November 07, 2016