# EXHIBIT D 2



DSC_9968.jpg
Modified on November 3, 2016





