# EXHIBIT D 3



DSC_9432.jpg
Modified on November 3, 2016



DSC_9539.jpg
Modified on November 3, 2016



DSC_9261.jpg
Modified on November 3, 2016

