UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
:
STEVEN FERDMAN,                             :       No. 17 Civ. 1317 (PGG)
:
                    Plaintiff,          :
:
:
                  -against-             :
:
:
CBS INTERACTIVE INC.,                       :
                    Defendant.          :
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF EDWARD MAKUCH

     Pursuant to 28 U.S.C. § 1746, I, Edward Makuch, declare and state as follows:

     1.       I am employed by CBS Interactive Inc. ("CBSI") as a Staff Writer for GameSpot. I make this declaration of my own personal knowledge.

     2.       I am the author of the article entitled "New Spider-Man: Homecoming Photo Shows Tom Holland Suited Up" that was published by GameSpot on September 27, 2016 (the "First Article"). A true and correct copy of the First Article is attached as Exhibit A hereto.

     3.       The First Article was about the movie *Spider-Man: Homecoming* (the "Movie"), which was in production at the time. The First Article reported that production of the Movie had shifted to New York and was being filmed in the streets of Queens. The First Article reported about how the star of the movie, Tom Holland, reacted to the move, and specifically about a post he made to Instagram that included a photo showing him in his Spider-Man costume (the "Photo"), and declared "First night in Queens and it feels like home already." Attached as Exhibit B is a true and correct copy of a screenshot of Tom Holland's Instagram post. I included

a copy of the Photo with the First Article report about Tom Holland's Instagram post.

4.  When I saw the Photo on Tom Holland's Instagram page, it did not have a copyright notice or watermark, and no restrictions on its use were mentioned. The Photo appeared to me to be a studio publicity photo.

5.  At the time I decided to include the Photo with the First Report, it was my understanding and belief that photos posted to social media sites like Instagram and Twitter by movie studios or movie stars were publicity shots available for use by the media when they report on movies. I understood it to be a common practice for studios and stars to make such photos available on social media such as Instagram and Twitter for use by the media in order to generate coverage about their projects.

6.  When I included the Photo in the First Report, I believed that doing so was with consent and legally permissible. At no time did I believe or have any reason to believe that this use of the Photo in the First Report infringed anyone's copyright.

EXECUTED this 5 day of October, 2017 in Sydney, Australia.

_____
Edward Makuch