# Exhibit A



CBSI 00016



CBSI 00017