# Exhibit B





CBSI 00028