# EXHIBIT A 1

REX by shutterstock

'Spider-Man: Homecoming' on set filming, New York, USA - 27 Sep 2016



| Set | Image | Photographer |
|---|---|---|
| 6028065 | 6028065s | Steven Ferdman/REX/Shutterstock |

Tom Holland

27 Sep 2016

## Categories
Actor, Alone, Male, Personality

## Keywords
ON FILM SET FILMING BEHIND THE SCENES

## Featured in
'spider-man: homecoming' on set filming, new york

## File size
3065 x 4605, 40.4MB 26.0 x 39.0 cm @300ppi

'Spider-Man: Homecoming' on set filming, New York, USA - 27 Sep 2016



### Set
6028065

### Image
6028065ay

### Photographer
Steven Ferdman/REX/Shutterstock

Tom Holland

27 Sep 2016

### Categories
Actor, Male, With Others, Personality

### Keywords
ON FILM SET FILMING BEHIND THE SCENES

### Featured in
'spider-man: homecoming' on set filming, new york

### File size
3944 x 2625, 29.6MB 33.4 x 22.2 cm @300ppi

**REX by shutterstock**

'Spider-Man: Homecoming' on set filming, New York, USA - 27 Sep 2016



**Set**
6028065

**Image**
6028065bc

**Photographer**
Steven Ferdman/REX/Shutterstock

Tom Holland

27 Sep 2016

**Categories**
Actor, Alone, Male, Personality

**Keywords**
ON FILM SET FILMING BEHIND THE SCENES

**Featured in**
'spider-man: homecoming' on set filming, new york

**File size**
4494 x 2991, 38.5MB 38.0 x 25.3 cm @300ppi

'Spider-Man: Homecoming' on set filming, New York, USA - 27 Sep 2016



**Set**
6028065

**Image**
6028065w

**Photographer**
Steven Ferdman/REX/Shutterstock

Tom Holland

27 Sep 2016

**Categories**
Actor, Alone, Male, Personality

**Keywords**
ON FILM SET FILMING BEHIND THE SCENES

**Featured in**
'spider-man: homecoming' on set filming, new york

**File size**
4307 x 2867, 35.3MB 36.5 x 24.3 cm @300ppi