# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-022-430**
**Effective Date of Registration:**
November 07, 2016

## Title

**Title of Work:** Group Registration of Published Photographs; Spiderman; All published 9/24/2016-9/30/2016; 307 Photographs

**Content Title:**
DSC_7778.jpg
DSC_7779.jpg
DSC_7785.jpg
DSC_7786.jpg
DSC_7787.jpg
DSC_7788.jpg
DSC_7789.jpg
DSC_7799.jpg
DSC_7800.jpg
DSC_7807.jpg
DSC_7808.jpg
DSC_7809.jpg
DSC_7815.jpg
DSC_7828.jpg
DSC_7835.jpg
DSC_7836.jpg
DSC_7842.jpg
DSC_7843.jpg
DSC_7844.jpg
DSC_7845.jpg
DSC_7846.jpg
DSC_7847.jpg
DSC_7848.jpg
DSC_7849.jpg
DSC_7850.jpg
DSC_7851.jpg
DSC_7852.jpg
DSC_7853.jpg
DSC_7854.jpg
DSC_7855.jpg
DSC_7856.jpg
DSC_7857.jpg
DSC_7858.jpg
DSC_7859.jpg
DSC_7876.jpg
DSC_7878.jpg
DSC_7880.jpg
DSC_7881.jpg
DSC_7882.jpg
DSC_7883.jpg

DSC_8461.jpg
DSC_8495.jpg
DSC_8509.jpg
DSC_8514.jpg
DSC_8530.jpg
DSC_8533.jpg
DSC_8538.jpg
DSC_8539.jpg
DSC_8541.jpg
DSC_8542.jpg
DSC_8543.jpg
DSC_8591.jpg
DSC_8593.jpg
DSC_8595.jpg
DSC_8605.jpg
DSC_8622.jpg
DSC_8643.jpg
DSC_8664.jpg
DSC_8686.jpg
DSC_8706.jpg
DSC_8800.jpg
DSC_8803.jpg
DSC_8818.jpg
DSC_8835.jpg
DSC_8893.jpg
DSC_8951.jpg
DSC_8960.jpg
DSC_8987.jpg
DSC_9006.jpg
DSC_9010.jpg
DSC_9044.jpg
DSC_9045.jpg
DSC_9087.jpg
DSC_9181.jpg
DSC_9199.jpg
DSC_9208.jpg
DSC_9223.jpg
DSC_9261.jpg
DSC_9272.jpg
DSC_9274.jpg
DSC_9277-Edit.jpg
DSC_9277.jpg
DSC_9290.jpg
DSC_9316.jpg
DSC_9334.jpg
DSC_9335.jpg, 9/26/2016

DSC_0017.jpg
DSC_0049.jpg
DSC_0058.jpg
DSC_0066.jpg
DSC_0068.jpg
DSC_0073.jpg
DSC_0090.jpg
DSC_0117.jpg
DSC_0129.jpg
DSC_0134.jpg
DSC_0162.jpg

DSC_0691.jpg
DSC_0700.jpg
DSC_9396.jpg
DSC_9432.jpg
DSC_9447.jpg
DSC_9480.jpg
DSC_9539.jpg
DSC_9546.jpg
DSC_9555.jpg
DSC_9572.jpg
DSC_9590.jpg
DSC_9591.jpg
DSC_9606.jpg
DSC_9616.jpg
DSC_9619.jpg
DSC_9627.jpg
DSC_9652.jpg
DSC_9658.jpg
DSC_9709.jpg
DSC_9745.jpg
DSC_9768.jpg
DSC_9782.jpg
DSC_9795.jpg
DSC_9836.jpg
DSC_9838.jpg
DSC_9854.jpg
DSC_9859.jpg
DSC_9862.jpg
DSC_9897.jpg
DSC_9910.jpg
DSC_9915.jpg
DSC_9934.jpg
DSC_9953.jpg
DSC_9968.jpg
DSC_9976.jpg
DSC_9981.jpg, 9/27/2016

DSC_2597.jpg
DSC_2609.jpg
DSC_2622.jpg
DSC_2649.jpg
DSC_2657.jpg
DSC_2732.jpg
DSC_2735.jpg
DSC_2737.jpg
DSC_2738.jpg
DSC_2740.jpg
DSC_2747.jpg
DSC_2750.jpg
DSC_2760.jpg
DSC_2761.jpg
DSC_2767.jpg
DSC_2782.jpg
DSC_2793.jpg
DSC_2799.jpg
DSC_2811.jpg
DSC_2821.jpg
DSC_2871.jpg

**Copyright Claimant:** Steven Ferdman
201 West 72 Street, Apt. 18E, New York, NY, 10023, United States

## Certification

**Name:** Richard Liebowitz
**Date:** November 07, 2016