# EXHIBIT C



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = ferdman steven
Search Results: Displaying 3 of 14 entries



◀ previous    next ▶

---

Labeled View

---

### *Group Registration of Published Photographs; Spiderman; All published...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002022430 / 2016-11-07 |
| **Application Title:** | Group Registration of Published Photographs; Spiderman; All published 9/24/2016-9/30/2016; 307 Photographs. |
| **Title:** | Group Registration of Published Photographs; Spiderman; All published 9/24/2016-9/30/2016; 307 Photographs. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Steven Ferdman. Address: 201 West 72 Street, Apt. 18E, New York, NY, 10023, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-09-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Steven Ferdman; Citizenship: United States. Authorship: photograph. |
| **Contents:** | DSC_7778.jpg DSC_7779.jpg DSC_7785.jpg DSC_7786.jpg DSC_7787.jpg DSC_7788.jpg DSC_7789.jpg DSC_7799.jpg DSC_7800.jpg DSC_7807.jpg DSC_7808.jpg DSC_7809.jpg DSC_7815.jpg DSC_7828.jpg DSC_7835.jpg DSC_7836.jpg DSC_7842.jpg DSC_7843.jpg DSC_7844.jpg DSC_7845.jpg DSC_7846.jpg DSC_7847.jpg DSC_7848.jpg DSC_7849.jpg DSC_7850.jpg DSC_7851.jpg DSC_7852.jpg DSC_7853.jpg DSC_7854.jpg DSC_7855.jpg DSC_7856.jpg DSC_7857.jpg DSC_7858.jpg DSC_7859.jpg DSC_7876.jpg DSC_7878.jpg DSC_7880.jpg DSC_7881.jpg DSC_7882.jpg DSC_7883.jpg DSC_7886.jpg DSC_7897.jpg DSC_7900.jpg DSC_7910.jpg DSC_7911.jpg DSC_7912.jpg DSC_7913.jpg, 9/24/2016. |

DSC_3559.jpg DSC_3563.jpg DSC_3564.jpg DSC_3565.jpg DSC_3573.jpg
DSC_3603.jpg DSC_3614.jpg DSC_3615.jpg DSC_3617.jpg DSC_3671.jpg
DSC_3708.jpg DSC_3709.jpg DSC_3714.jpg DSC_3726.jpg DSC_3739.jpg
DSC_3745.jpg DSC_3750.jpg DSC_3767.jpg DSC_3793.jpg DSC_3815.jpg
DSC_3826.jpg DSC_3833.jpg DSC_3856.jpg DSC_3859.jpg DSC_3909.jpg
DSC_3916.jpg DSC_3917.jpg DSC_3985.jpg DSC_4095.jpg DSC_4103.jpg
DSC_4111.jpg DSC_4121.jpg DSC_4135.jpg DSC_4139.jpg DSC_4158.jpg
DSC_4161.jpg DSC_4163.jpg DSC_4180.jpg DSC_4224.jpg DSC_4234.jpg
DSC_4311.jpg DSC_4327.jpg DSC_4343.jpg DSC_4346.jpg DSC_4346.jpg
DSC_8297.jpg DSC_8341.jpg DSC_8361.jpg DSC_8365.jpg DSC_8436.jpg

DSC_8461.jpg DSC_8495.jpg DSC_8509.jpg DSC_8514.jpg DSC_8530.jpg
DSC_8533.jpg DSC_8538.jpg DSC_8539.jpg DSC_8541.jpg DSC_8542.jpg
DSC_8543.jpg DSC_8591.jpg DSC_8593.jpg DSC_8595.jpg DSC_8605.jpg
DSC_8622.jpg DSC_8643.jpg DSC_8664.jpg DSC_8686.jpg DSC_8706.jpg
DSC_8800.jpg DSC_8803.jpg DSC_8818.jpg DSC_8835.jpg DSC_8893.jpg
DSC_8951.jpg DSC_8960.jpg DSC_8987.jpg DSC_9006.jpg DSC_9010.jpg
DSC_9044.jpg DSC_9045.jpg DSC_9087.jpg DSC_9181.jpg DSC_9199.jpg
DSC_9208.jpg DSC_9223.jpg DSC_9261.jpg DSC_9272.jpg DSC_9274.jpg
DSC_9277-Edit.jpg DSC_9277.jpg DSC_9290.jpg DSC_9316.jpg DSC_9334.jpg
DSC_9335.jpg, 9/26/2016.

DSC_0017.jpg DSC_0049.jpg DSC_0058.jpg DSC_0066.jpg DSC_0068.jpg
DSC_0073.jpg DSC_0090.jpg DSC_0117.jpg DSC_0129.jpg DSC_0134.jpg
DSC_0162.jpg DSC_0181.jpg DSC_0184.jpg DSC_0188.jpg DSC_0197.jpg
DSC_0244.jpg DSC_0249.jpg DSC_0281.jpg DSC_0289.jpg DSC_0297.jpg
DSC_0302.jpg DSC_0303.jpg DSC_0318.jpg DSC_0320.jpg DSC_0324.jpg
DSC_0330.jpg DSC_0331.jpg DSC_0333.jpg DSC_0338.jpg DSC_0357.jpg
DSC_0373.jpg DSC_0411.jpg DSC_0412.jpg DSC_0416.jpg DSC_0423.jpg
DSC_0424.jpg DSC_0434.jpg DSC_0435.jpg DSC_0450.jpg DSC_0454.jpg
DSC_0465.jpg DSC_0469.jpg DSC_0475.jpg DSC_0483.jpg DSC_0485.jpg
DSC_0487.jpg DSC_0515.jpg DSC_0519.jpg DSC_0522.jpg DSC_0547.jpg
DSC_0553.jpg DSC_0556.jpg DSC_0557.jpg DSC_0560.jpg DSC_0562.jpg
DSC_0567.jpg DSC_0570.jpg DSC_0573.jpg DSC_0574.jpg DSC_0580.jpg
DSC_0591.jpg DSC_0603.jpg DSC_0628.jpg DSC_0640.jpg DSC_0663.jpg
DSC_0665.jpg DSC_0672.jpg DSC_0678.jpg DSC_0688.jpg DSC_0691.jpg
DSC_0700.jpg DSC_9396.jpg DSC_9432.jpg DSC_9447.jpg DSC_9480.jpg
DSC_9539.jpg DSC_9546.jpg DSC_9555.jpg DSC_9572.jpg DSC_9590.jpg
DSC_9591.jpg DSC_9606.jpg DSC_9616.jpg DSC_9619.jpg DSC_9627.jpg
DSC_9652.jpg DSC_9658.jpg DSC_9709.jpg DSC_9745.jpg DSC_9768.jpg
DSC_9782.jpg DSC_9795.jpg DSC_9836.jpg DSC_9838.jpg DSC_9854.jpg
DSC_9859.jpg DSC_9862.jpg DSC_9897.jpg DSC_9910.jpg DSC_9915.jpg
DSC_9934.jpg DSC_9953.jpg DSC_9968.jpg DSC_9976.jpg DSC_9981.jpg,
9/27/2016.

DSC_2597.jpg DSC_2609.jpg DSC_2622.jpg DSC_2649.jpg DSC_2657.jpg
DSC_2732.jpg DSC_2735.jpg DSC_2737.jpg DSC_2738.jpg DSC_2740.jpg
DSC_2747.jpg DSC_2750.jpg DSC_2760.jpg DSC_2761.jpg DSC_2767.jpg
DSC_2782.jpg DSC_2793.jpg DSC_2799.jpg DSC_2811.jpg DSC_2821.jpg
DSC_2871.jpg DSC_2874.jpg DSC_2887.jpg DSC_2894.jpg DSC_2901.jpg
DSC_2913.jpg DSC_2925.jpg DSC_2949.jpg DSC_2964.jpg DSC_2967.jpg
DSC_2989.jpg DSC_2994.jpg DSC_3032.jpg DSC_3050.jpg DSC_3073.jpg
DSC_3083.jpg DSC_3089.jpg DSC_3130.jpg DSC_3141.jpg DSC_3144.jpg
DSC_3160.jpg DSC_3169.jpg DSC_3173.jpg DSC_3182.jpg DSC_3188.jpg
DSC_3198.jpg DSC_3211.jpg DSC_3269.jpg DSC_3271.jpg DSC_3297.jpg
DSC_3315-Edit.jpg DSC_3317.jpg DSC_3320.jpg DSC_3326.jpg DSC_3375.jpg
DSC_3377.jpg DSC_3386.jpg DSC_3396.jpg DSC_3399.jpg, 9/30/2016.

**Names:** Ferdman, Steven



| Save, Print and Email (Help Page) | | |
| --- | --- | --- |
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |