# EXHIBIT D 2



DSC_9968.jpg — Modified on November 3, 2016



DSC_0434.jpg
Modified on November 3, 2016
S

Case 1:17-cv-01317-PGC Document 26-6 Filed 10/06/17 Page 4 of 5



