# Liebowitz ⊙ Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

October 1, 2018

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/18
```

Re:   *Ferdman v. CBS Interactive*, 1:17-cv-01317 (PGG)

Dear Judge Gardephe:

We represent Plaintiff Steven Ferdman in the above-captioned case. In light of the Plaintiff's pending motion for reconsideration on the key issue of willfulness [Dkt. # 49], we write to respectfully request that the Court adjourn the deadlines concerning pre-trial submissions [Dkt. #48] until such time as the Court has decided Plaintiff's motion for reconsideration. Alternatively, Plaintiff respectfully requests leave of Court to file his pre-trial submissions according to the existing deadlines, but with the inclusion of the willfulness issue.

Defendant opposes the requested relief.

**MEMO ENDORSED**

*The application to adjourn the date for pre-trial submissions is denied. As to the content of those submissions — and specifically whether willfulness is addressed — the parties will include what they deem necessary under the circumstances.*

Respectfully Submitted,

/richardliebowitz/
Richard P. Liebowitz

*Counsel for Plaintiff Steven Ferdman*

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Oct 5, 2018

Liebowitz ⊙ Law Firm, PLLC