# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

October 9, 2018

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Ferdman v. CBS Interactive Inc. (1:17-cv-1317-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Steven Ferdman, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Steven Ferdman*

